**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000202**
**09-APR-2024**
**08:05 AM**
**Dkt. 26 OGMD**

NO. CAAP-24-0000202

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DAVID FIEDLER, Plaintiff-Appellant, v.
TONY HYUNDAI WAIPIO, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-23-0000581)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Wadsworth and Guidry, JJ.)

Upon consideration of self-represented Plaintiff-Appellant David Fiedler's April 3, 2024 Motion to Dismiss Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed with prejudice, under Hawai'i Rules of Appellate Procedure Rule 42(a).

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, April 9, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge